IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BILLY TYLER,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>PHYSICIANS MUTUAL and 401-K ADMINISTRATOR for Physicians Mutual,<br><br>　　　　　　Defendants. | 4:21-CV-3157<br><br>ORDER |

　　The plaintiff has filed a motion to recuse (filing 22) that I understand to be seeking my disqualification on grounds of alleged bias or prejudice. *See* 28 U.S.C. § 144; *see also* 28 U.S.C. § 455. Out of an abundance of caution, although I believe the plaintiff's showing is insufficient, I will refer the matter to Chief District Judge Robert F. Rossiter, Jr. for disposition. If Chief Judge Rossiter finds that there is no basis for recusal, the case will return to me for ruling on the dispositive motions that remain pending. Accordingly,

　　IT IS ORDERED that the plaintiff's motion to recuse (filing 22) is referred to Chief District Judge Robert F. Rossiter, Jr. for disposition.

　　Dated this 18th day of March, 2022.

BY THE COURT:

John M. Gerrard
United States District Judge