IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BILLY TYLER,<br><br>    Plaintiff,<br><br>vs.<br><br>PHYSICIANS MUTUAL and 401-K ADMINISTRATOR for Physicians Mutual,<br><br>    Defendants. | 4:21-CV-3157<br><br>ORDER |

  The plaintiff, a non-prisoner, has filed an application to proceed in forma pauperis on appeal (filing 42). The plaintiff's application demonstrates that he is eligible to proceed in forma pauperis.

  IT IS ORDERED that the plaintiff's application to proceed in forma pauperis (filing 42) is granted, and his appeal shall be processed without payment of fees.

  Dated this 18th day of July, 2022.

BY THE COURT:

*John M. Gerrard*

John M. Gerrard
United States District Judge
